**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

TYLER CHASE HARPER, a minor, by
and through his parents Ron and
Cheryl Harper; RON HARPER; CHERYL
HARPER,

*Plaintiffs-Appellants,*

v.

POWAY UNIFIED SCHOOL DISTRICT;
JEFF MANGUM; LINDA VANDERVEEN;
PENNY RANFTYLE; STEVE MCMILLAN;
ANDY PATAPOW, All Individually and
in their official capacity as Members
of the Board of the Poway Unified
School District; DONALD A. PHILLIPS,
Individually, and in his official
capacity as Superintendent of the
Poway Unified School District;
SCOTT FISHER, Individually and in his
official capacity as Principal of
Poway High School; LYNELL
ANTRIM, Individually and in her
official capacity as Assistant
Principal of Poway High School; ED
GILES, Individually and in his
official capacity as Vice Principal of
Poway High School; DAVID
LEMASTER, Individually and in his
official capacity as Teacher of
Poway High School; DOES 1
THROUGH 20, INCLUSIVE,

*Defendants-Appellees.*

No. 04-57037

D.C. No.
CV-04-01103-JAH
Southern District
of California,
San Diego

ORDER
AMENDING
OPINION

Filed May 31, 2006

Before: Stephen Reinhardt, Alex Kozinski, and
Sidney R. Thomas, Circuit Judges.

## ORDER

The majority opinion filed April 29, 2006, is hereby amended
as follows:

> 1.   At Slip Op. at 4676, footnote 28, at the end of
> the footnote, add: "We do not exclude, however, the
> possibility that some verbal assaults on the core
> characteristics of majority high school students
> would merit application of the *Tinker* "intrusion
> upon the rights of other students" prong. That ques-
> tion is not presently before us."

The dissenting opinion filed April 29, 2006, is hereby
amended as follows:

> 1.   At Slip Op. at 4710, footnote 11, between <*Id.*
> at 4667.> and <Read broadly, this would protect>,
> add: "The majority also does not "exclude . . . the
> possibility that some verbal assaults on the core
> characteristics of majority high school students
> would merit application of the *Tinker* 'intrusion
> upon the rights of other students' prong." *Id.* at ___
> n.28.

Appellants' petition for rehearing en banc is still pending
before this court.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2006 Thomson/West.